No. 95-3593

Blackhawk Warehousing and      *
Leasing Company,      *
     *
         Appellant,      *   Appeal from the United States
     *   District Court for the
    v.      *   Eastern District of Arkansas.
     *         [UNPUBLISHED]
Maryland Casualty Company,      *
     *
         Appellee.      *

Submitted: July 19, 1996

Filed: July 30, 1996

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Blackhawk Warehousing and Leasing Company (Blackhawk) appeals from the final order entered in the district court[1] granting Maryland Casualty Company's motion for summary judgment and denying Blackhawk's motion for partial summary judgment. After de novo review, we affirm for the reasons set forth in the district court's well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.